UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:23-cr-00175 |
| | ) MAGISTRATE JUDGE FRENSLEY |
| v. | ) |
| | ) |
| PATRICK CASH | ) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Through counsel, Patrick Cash moves this Court to modify conditions of his release. Specifically, Mr. Cash requests this Court remove condition "p" requiring home detention. Mr. Cash also requests this Court remove condition "q" requiring location monitoring at the discretion of pretrial services. Pursuant to 18 U.S.C. § 3142(c)(3), the Court may amend the release order to impose different conditions of release at any time. For the reasons set forth below, Mr. Cash seeks to modify the release order.

In the release order, the Court imposed the condition that Mr. Cash be on home detention for up to ninety days. Mr. Cash has complied with that condition without issue. Since the Court released Mr. Cash, his compliance with all conditions has been perfect. Not long after he was released, he secured a job at Trader Joe's grocery store. Recently, he acquired an IT position as a contractor with LQK Corporation in Antioch. He has maintained steady employment since he was released. He also began seeing a therapist who he sees regularly. He has been going weekly since December 14, 2023. His probation officer also requested he see another licensed therapist at Centerstone Mental Health. He saw that therapist on February 6, 2023. There has not been a single issue as it relates to noncompliance.

Mr. Cash has shown that he can and will comply with the conditions set by this Court. Removing these conditions will allow him to perform daily tasks more independently, as the ankle monitor restricts where he can go. Undersigned counsel has conferred with Assistant United States Attorney, Joshua Kurtzman who represented he does not object to the removal of these conditions.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Patrick Cash

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2024, I electronically filed the foregoing *Motion to Modify Conditions* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua A. Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                      s/ *David Fletcher*
                                      DAVID FLETCHER

3

Case 3:23-cr-00175     Document 27     Filed 02/20/24     Page 3 of 3 PageID #: 50