IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00175 |
| | ) | |
| PATRICK CASH | ) | JUDGE TRAUGER |

### GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S RELEASE PENDING SENTENCING

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the Government moves to have the defendant detained pending sentencing on the basis that the defendant cannot sustain his burden of demonstrating by clear and convincing evidence that he does not pose a danger to the safety of any other person or the community.

Under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the burden of establishing by clear and convincing evidence that the defendant does not pose a danger to others and will not flee rests with the defendant. Upon such a showing by the defendant, the Court may release the defendant under 18 U.S.C. § 3143(a)(1).

While on release, the defendant has regularly associated with the Goyim Defense League, an antisemitic group of white supremacists, including joining them in marches through Nashville where individuals were harassed by members of the group and he accompanied the group during two separate assaults committed by members of the Goyim Defense League. The defendant also hosted an out-of-town member of the Goyim Defense League at his residence, who is now in the custody of the Davidson County Sheriff's Office for crimes committed while in Nashville with the Goyim Defense League. While these actions certainly that the defendant poses a danger to the

safety of any other person or the community, these actions demonstrate that the defendant's third-party custodian has no ability to adequately supervise the defendant. Accordingly, the United States asks that the Court revoke the defendant's release pending sentencing. The United States is prepared to proceed with a hearing on this Motion tomorrow or can agree to a short continuance of a hearing if necessary for the defendant to adequately prepare.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: /s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN
Assistant U.S. Attorney
716 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6617
joshua.kurtzman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF and email on August 12, 2024.

/s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN